# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| First Division Design, LLC | ) | ASBCA Nos. 61354, 61355 |
| | ) | |
| Under Contract Nos. FA5270-13-P-0195 | ) | |
| FA5270-13-P-0175 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Craig F. Pierce
    Manager/Owner

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Phillip E. Reiman, Esq.
    Lt Col Nathaniel H. Sears, USAF
    Trial Attorneys

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 30 May 2018

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61354, 61355, Appeals of First Division Design, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals